

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2019

No. 04-19-00838-CV

**IN RE** Joe Anthony **ESPINOZA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice
                 Irene Rios, Justice

On December 2, 2019, relator filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than December 18, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED. All proceedings in the underlying case are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on December 3, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1915-C, styled *In the Interest of J.A.E., Jr., A Child*, pending in the County Court at Law, Kerr County, Texas, the Honorable Susan Harris presiding.